UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT GORDON JOHNSTONE, | Case No. 3:18-cv-00533-MMD-CBC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

On November 27, 2018, the Court dismissed this action for lack of jurisdiction. (ECF No. 5.) Judgment was entered the same day. (ECF No. 8.) Johnstone has now filed a motion for a copy of the order dismissing this case. (ECF No. 14.) The docket reflects that the order was served on Johnstone at his address of record. Nonetheless, the Court will direct the Clerk to send another copy to Johnstone.

It is therefore ordered that the Clerk send Petitioner one copy of the order at ECF No. 5.

DATED THIS 12th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE